STEVEN KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIONNA TAYLOR,<br><br>    Defendants. | No. CR-12- 0321 CW<br><br>**STIPULATION AND ORDER CONTINUING DATE OF BAIL REVIEW HEARING**<br><br>Hearing Date: October 16, 2012<br>Requested Date: October 22, 2012 |

The Court set this matter for a bail review hearing on October 16, 2012 after the filing of a violation notice indicating that Ms. Taylor recently tested positive for cocaine and opiates and missed two counseling appointments.

Ms. Taylor has been under significant stress because of the declining health and recent death of her mother, with whom she lived and was very close. Ms. Taylor's mother was hospitalized, then passed away a week ago Saturday. The funeral is scheduled for Wednesday, October 17, 2012, the day after the scheduled court date. Ms. Taylor will be preparing for the funeral during the time between now and October 17.

Accordingly, the defense asks that this Court continue the date for the bail review hearing to October 22, 2012. The government does not object to this request. The defense

Stip to Continue, 12-00321 CW                 1

1  contacted the assigned United States Pretrial Services officer, who indicated that she does
2  not take a position on the request.
3
4  October 15, 2012                              /s/ Ned Smock
                                                 NED SMOCK
5                                                Assistant Federal Public Defender
                                                 Attorney for Tionna Taylor
6
7  October 15, 2012                              /s/ Andrew Scoble
                                                 ANDREW SCOBLE
8                                                Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the bail review hearing date of October 16, 2012 is continued to October 22, 2012 at 9:30 a.m.

IT IS SO ORDERED.

October 15, 2012
Date

HON. DONNA RYU
United States Magistrate Judge